IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIEWIT CONSTRUCTION COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>MAXON INDUSTRIES, INC. AND WILLIAM A. MAXON.,<br><br>        Defendants. | Case No. 8:04-cv-00627<br><br>**ORDER** |

THIS MATTER came before the Court upon the unopposed motion of Plaintiff Kiewit Construction Company ("Kiewit") for an order staying the above-captioned matter until November 15, 2005 to allow for resolution of a settlement agreement between the parties.

The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the motion, filing 7, is granted and the case progression deadlines are stayed until November 15, 2005, at which time or before Kiewit shall file a motion to dismiss this matter with prejudice or file a motion to enforce the settlement agreement between the parties, if necessary.

Dated this 23rd day of May, 2005.

                              BY THE COURT

                              s/ *David L. Piester*
                              United States Magistrate Judge